Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Plaintiff: Mrs. EyeKeefa My Carruthers, Jkt #1784, Mrs. Eyekeefa oct #127464 Washington

v.

Defendant: Elkhart County Jail Complex, Elkhart Correctional County, Deputy: Fritzgerald

Case Number: 3:23-cv-428

-FILED-
MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[For a new case in this court, leave blank. The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Elkhart County Jail (ECJ) | 26861 CR26 Elkhart In 46517 |
| 2 | Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart In 46517 |
| 3 | Deputy: Fritzgerald | 26861 CR26 Elkhart In 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? Elkhart County Jail 26861 CR26 Elkhart Ind. 46517

3. Did the event you are suing about happen there? ☑ Yes  ☐ No, it happened at: _____

4. On what date did this event occur? September 3, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. (#1) Abandoned property; violations of 1st, 4th, 5th, 8th, and 14th Amendment;

(#2) On August 19, 2022 a Deputy of the Elkhart County Jail named Ms. Fitzgerald ignored me as I recognized my property missing. Very important Notices of legal dockets were looked inside the Elkhart County Jail and ECCC Facility depriving my Rights in Count (#1) to be validated successfully. My documentation from United States District Courts of all claims are looked and tampered with. Deputy Fitzgerald lack of responsibility I suffer from being emotionally distressed due to this abandonment. The negligence from this Deputy brings a merit of a suit of probable cause. Although Deputy Fitzgerald is a employee of ECJ/ECCC she also remain responsible for my property.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

of legal work. The standard are very low and lacking a Duty as she ignored the factual evidence of leaving my legal dockets. This provide a merit claim and allows a demand for 900,000 United States of American Currency of a Successfully motive and the abandonment regarding all legal documentations from United States of District Courts Northern Division South Bend Indiana. She lacked to protect my property leaving all violations amendable for a claim of merit. Under penalties for perjury the foregoing representation is true and correct.

My undersigned certifies this contract making this suit a Certificate of validations of all violations submission a claim of merits.

Mrs. Eye'Keyia My. Carruthers
Washington

OCA # 122104   JCA # 171781

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Copies Sent to admin of ECJ/ECCJ/ECC_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of American Currency Fritzgerald To Be Terminated_

[Initial Each Statement]
_EMCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EMCW_ I will keep a copy of this complaint for my records.
_EMCW_ I will promptly notify the court of any change of address.
_EMCW_ I WILL NOT send more than one copy of any filing to the court.
_EMCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EMCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_/_3_/20_23_ at _11_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs Eyekayla MyCarruthers 3Washington_          _OCA#122404_
Signature                                          _Jen#71781_
                                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]