AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Mrs. Eye Keyla My Carruthers Washington, Mrs. Eye Keyla*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
  Plaintiff

   v.

Civil Action No. 3:23-cv-428

ELKHART COUNTY JAIL
*ECJ*

ELKHART COUNTY CORRECTIONAL COMPLEX
*ECCC*

FRITZGERALD *Debuty*
  Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty.

DATE:  6/14/2023           CHANDA J. BERTA, CLERK OF COURT
                                                 by      s/N. Corle
                                                    *Signature of Clerk or Deputy Clerk*

USDC IN/ND case 3:23-cv-00428-DRL-MGG    document 5    filed 06/14/23    page 2 of 2